UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 09-cv-01114-MSK-KLM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

WELLCO ENERGY, LLC,
JUSTIN WILLIAM RIFKIN,
PATRICK V. LOOPER,
RICHARD G. PACHECO, and
DUSTIN D. WHITE,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Unopposed Motion to Amend Preliminary Injunctions Entered Against Rifkin, Looper, Pacheco and White **(#37)** filed July 27, 2009, by Plaintiff Securities and Exchange Commission. The Motion is **GRANTED** and enters the attached Amended Preliminary Injunctions against Rifkin, Looper, Pacheco and White.

DATED this 19th day of August, 2009.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge