IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01114-MSK-KLM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

WELLCO ENERGY, LLC,
JUSTIN WILLIAM RIFKIN,
PATRICK V. LOOPER,
RICHARD G. PACHECO, and
DUSTIN D. WHITE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Unopposed Motion to Excuse Defendants Pacheco and Looper From Attending the October 29, 2009 Settlement Conference** [Docket No. 49; Filed October 21, 2009] (the "Motion").

    IT IS FURTHER **ORDERED** that the Motion is **GRANTED**.  Defendants Pacheco and Looper are excused from appearing at the Settlement Conference set for October 29, 2009 at 1:30 p.m.

Dated:  October 23, 2009