UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 09-cv-01114-MSK-KLM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

WELLCO ENERGY L.L.C.,
JUSTIN WILLIAM RIFKIN,
PATRICK V. LOOPER,
RICHARD G. PACHECO, and
DUSTIN D. WHITE,

        Defendants.

---

**ORDER GRANTING RELIEF FROM ASSET FREEZE
TO ASSIGN INTERESTS IN MONUMENT JUNCTION PROSPECT**

---

THIS MATTER comes before the Court on the Unopposed Motion for Relief from Asset Freeze to Assign Interests in Monument Junction Prospect (Motion) **(#52)**.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**.  The Court's order granting a Preliminary Injunction As Against Wellco Energy LLC (#33) and asset freeze is modified to allow Wellco Energy LLC to withdraw $3,456 in the form of a check drawn upon its account at Wells Fargo Bank, which check shall be payable to Transco Oil & Gas, Inc.   Wellco and Rifkin are directed to deliver the check to Transco within five days of entry of this Order.  The asset freeze remains in effect as to all other funds held in Wellco's or Rifkin's bank accounts.

**IT IS FURTHER ORDERED** that Court's order granting a Preliminary Injunction As Against Wellco Energy LLC (#33) is modified to allow Wellco Energy LLC and Justin William Rifkin to agree to the Monument Junction Prospect Notice of Assignment dated October 26,

2009, and assign Wellco's interest in the Monument Junction Prospect to the twelve investors identified on Exhibit A to the Notice of Assignment.

DATED this 30th day of October, 2009.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge